IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CARTER DIBRELL,                    §
                                   §
          Plaintiff,               §
                                   §
v.                                 §        CIVIL ACTION NO. H-04-4854
                                   §
ERNEST HUBER and DELPHIA           §
MILTON-TURNER,                     §
                                   §
          Defendants.              §

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Carter Dibrell's case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 3rd day of January, 2006.


EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE